**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mt. Sierra College, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-4331973** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Winthrop Golubow Hollander, LLP** **1301 Dove Street Suite 500** **Newport Beach, CA 92660** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | **Location of principal assets, if different from principal place of business** |
| County | **c/o Winthrop Golubow Hollander, LLP** **401 N. Fairview Street, Suite D49 Santa Ana, CA 92703** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Mt. Sierra College, Inc.**                                                    Case number (*if known*) _____
     Name

---

**7.** **Describe debtor's business**

  A. *Check one:*

  ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

  ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

  ☐ Railroad (as defined in 11 U.S.C. § 101(44))

  ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

  ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

  ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

  ■ None of the above

  B. *Check all that apply*

  ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

  ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

  ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

  C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __8221__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

  *Check one:*

  ■ Chapter 7

  ☐ Chapter 9

  ☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

  ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

  ■ No.

  ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

  ■ No

  ☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

Debtor    **Mt. Sierra College, Inc.**                                                    Case number (*if known*) _____
         Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    __Mt. Sierra College, Inc.__        Case number (*if known*) _____
      Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/30/2021
       MM / DD / YYYY

X _~~signature~~_____      **Lucey Ying Lee**
Signature of authorized representative of debtor    Printed name

Title    **CFO**

---

**18. Signature of attorney**

X   */s/ Richard H. Golubow* _____      Date   *04/30/2021*
Signature of attorney for debtor            MM / DD / YYYY

**Richard H. Golubow**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone   **949-720-4100**     Email address   **rgolubow@wghlawyers.com**

**State Bar #160434 CA**
Bar number and State

---

Fill in this information to identify the case:

Debtor name __Mt. Sierra College, Inc.__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/30/2021__    X _____
                                Signature of individual signing on behalf of debtor

__Lucey Ying Lee__
Printed name

__CFO__
Position or relationship to debtor

---

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Weston, Massachusetts**

Date:    4/30/2021

Lucey Ying Lee
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                Page 1        **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name      **Mt. Sierra College, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $    **101,838.25**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $    **101,838.25**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **251,233.75**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **5,452.84**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **2,835,141.30**

4.  **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b                                                                 $    **3,091,827.89**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Mt. Sierra College, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Monrovia Technology - Deposit for Rent - School** | **$60,752.00** |
|---|---|---|
| 7.2. | **Double Pegasus - Deposit for Rent - Student Housing** | **$2,800.00** |
| 7.3. | **Deposit for Credit Card - East West Bank Visa** | **$10,131.47** |
| 7.4. | **So Cal Edison - Utility** | **$205.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **TCCG - Operating Leases** | **$1,792.06** |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Mt. Sierra College, Inc.**                                    Case number *(If known)* _____
          Name

| 8.2. | **TCCG - Equipment Lease** | $830.32 |
|---|---|---|
| 8.3. | **TCCG - Navitas - Printers** | $5,293.44 |
| 8.4. | **TCCG - Ascentium - Printers** | $3,504.88 |
| 8.5. | **TCCG - Cambridge - Operating Leases** | $6,879.60 |
| 8.6. | **Web - Equipment Loan** | $2,876.20 |
| 8.7. | **Nutanix Hardware - Equipment Lease** | $2,800.00 |
| 8.8. | **TCCG - Cambridge - Capital Lease** | $621.32 |
| 8.9. | **Creekridge Capital, LLC - Lease Furniture** | $3,351.96 |

9.    **Total of Part 2.**                                                          | $101,838.25 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

 ■ No.  Go to Part 4.
 ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

 ■ No.  Go to Part 5.
 ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

 ■ No.  Go to Part 6.
 ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Mt. Sierra College, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>**12 Computers and 3 Servers** | **$0.00** | | **$0.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:    All other assets**

Debtor     **Mt. Sierra College, Inc.**_____          Case number *(If known)* _____
            Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Mt. Sierra College, Inc.** _____ Case number *(If known)* _____

Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $101,838.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $101,838.25 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $101,838.25 |

**Fill in this information to identify the case:**

Debtor name   **Mt. Sierra College, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Apple Inc.** | Describe debtor's property that is subject to a lien | **$45,717.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**

Creditor's mailing address

**All equipment leased or financed, all additions, attachments, accessories etc.**

Describe the lien
**UCC - CA - 14-7426832805**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $9,856.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**23970 US Highway 59 North**
**Kingwood, TX 77339**

Creditor's mailing address

**Dell SonicWall, Dell Networking, Power Cord, Stacking Cable etc.**

Describe the lien
**CA UCC - 15-7465154452**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor  **Mt. Sierra College, Inc.**

Name

Case number *(if known)* _____

---

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $4,299.94 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**23970 US Highway 59 North**
**Kingwood, TX 77339**

Creditor's mailing address

**Microsoft SP3 256G etc.**

**Describe the lien**
**CA UCC 15-7465154573**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $19,365.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**23970 US Highway 59 North**
**Kingwood, TX 77339**

Creditor's mailing address

**Ricoh Pro C5100s Color Pro Printer/Copier/Scanner, Ricoh SP 4510DN**

**Describe the lien**
**CA UCC 15-7465752133**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Conestoga Equipment Finance Corp.** | | $16,208.97 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**All replacements, parts, repairs, improvements, additions - Server Nutanix Hardware Platform, Enterprise Remote Professinal EVT; Amendment**

**1033 S. Hanover Street**
**Pottstown, PA 19465**

Creditor's mailing address

**Describe the lien**
**CA UCC 15-7489327561**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 9

Debtor    **Mt. Sierra College, Inc.**
Name

Case number (if known)

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Conestoga Equipment Finance Corp.** | | $8,141.40 | $0.00 |
|-----|------|------|------|------|

Creditor's Name

**1033 S. Hanover Street
Pottstown, PA 19465**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Rasilent, ASUS, Obiquity, LTS L TAC3010B, Tripplite Smart, Avigilon etc.**

**Describe the lien**
**CA UCC - 16-7506035912**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Corporation Service Company** | | $0.00 | $0.00 |
|-----|------|------|------|------|

Creditor's Name

**As Representative
P.O. Box 2576
Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All debtors present and future accounts, chattel paper, deposit accounts, documents etc.**

**Describe the lien**
**CA UCC - 16-7528856765**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Mt. Sierra College, Inc. | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name |  |

---

**2.8** **Hewlett-Packard Financial Services**

Creditor's Name

**200 Connell Drive**
**Berkeley Heights, NJ 07922**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All equipment and software leased or financed - computer, printing, imaging etc.**

Describe the lien
**CA UCC 15-7470682212**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

---

**2.9** **RLC Funding**

Creditor's Name

**814 Highway A1A North, Suite 205**
**Ponte Vedra Beach, FL 32082**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Ricoh MP C6502SP; Ricoh Pro C5100s**

Describe the lien
**CA UCC15-7465752012**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$29,247.00    $0.00

---

**2.10** **RLC Funding a Division of**

Creditor's Name

**Navitas Lease Corp., ISAOA**
**814 Highway A1A North, Suite 205**
**Ponte Vedra Beach, FL 32082**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**PP-TFCOLORSTD, C5100S-C,C5100S-RIC-SET, 404493, 416612 Punch Unit, OC-C5100S Imaging Option, 007183MIU, 007138MIU etc.**

Describe the lien
**CA UCC - 15-7474114589**

**Is the creditor an insider or related party?**

■ No

$45,717.00    $0.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 9

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

**2.1 1** **RLC Funding a Division of** | Describe debtor's property that is subject to a lien | $3,778.80 | $0.00

Creditor's Name

**Custom Signs, Inc. - Monument Sign**

**Navitas Lease Corp., ISAOA**
**814 Highway A1A North, Suite 205**
**Ponte Vedra Beach, FL 32082**

Creditor's mailing address

**Describe the lien**
**CA UCC 15-7492328546; CA UCC 15-7492224117**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

**2.1 2** **Royal Bank America Leasing, LP** | Describe debtor's property that is subject to a lien | $31,080.73 | $0.00

Creditor's Name

**Dell Computers, Dell Ultrasharp 32 U.tra HD 4K Monitor etc**

**550 Township Line Road Suite 425**
**Blue Bell, PA 19422**

Creditor's mailing address

**Describe the lien**
**CA UCC - 15-7479971797**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Mt. Sierra College, Inc.**
　　　　　Name

Case number (if known) _____

☐ No
☐ Yes. Specify each creditor,
　including this creditor and its relative
　priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Univest Capital, Inc.** | Describe debtor's property that is subject to a lien | **$13,574.20** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**(101) Training Tables, Desks etc.**

**3331 Street Rd Suite 325**
**Bensalem, PA 19020**

Creditor's mailing address

**Describe the lien**
**CA UCC - 15-7498322364**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Western Equipment Finance, Inc.** | | **$18,736.47** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Equipment/Inventory - 1-Dell Sonicwall,**
**10-Dell Sonicpoint ACI, 1 Dell Switch Bundle,**
**3 APC Netshelter SX, 3 APC Netshelter 2 Post**
**Open Frame etc.**

**PO Box 640**
**Devils Lake, ND 58301**

Creditor's mailing address

**Describe the lien**
**CA UCC - 15-7496322948**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Western Equipment Finance, Inc.** | | **$5,511.24** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Equipment/Inventory - 1 Fire Alarm System, 1**
**Brivo Door Control Kit, 1 Brivo Door Chasis, 3**
**Brivo Door Boards, 2 Rewire Panic Bars, 1**
**Rewire, 1 Existing etc.**

**PO Box 640**
**Devils Lake, ND 58301**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 9

Debtor    **Mt. Sierra College, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**CA UCC - 16-7508462665**<br>_____<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $251,233.75

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ascentium**<br>**PO BOx 301593**<br>**Dallas, TX 75303** | Line  2.2 | |
| **Ascentium**<br>**PO BOx 301593**<br>**Dallas, TX 75303** | Line  2.3 | |
| **Ascentium**<br>**PO BOx 301593**<br>**Dallas, TX 75303** | Line  2.4 | |
| **Bryn Mawr Funding**<br>**620 West Germantown Pike Suite 910**<br>**Plymouth Meeting, PA 19462** | Line  2.12 | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line  2.2 | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line  2.8 | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line  2.9 | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line  2.14 | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line  2.3 | |

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 7 of 9

| Debtor | Mt. Sierra College, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **2.4** | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **2.11** | **SPRFiling@cscinfo.com** |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **2.15** | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **2.7** | |
| **CT Lien Solutions**<br>**Attn: Gisella Melendez**<br>**2727 Allen Parkway**<br>**Houston, TX 77019** | Line **2.12** | |
| **CT Lien Solutions**<br>**Attn: Gisella Melendez**<br>**2727 Allen Parkway**<br>**Houston, TX 77019** | Line **2.5** | |
| **CT Lien Solutions**<br>**Attn: Gisella Melendez**<br>**2727 Allen Parkway**<br>**Houston, TX 77019** | Line **2.13** | |
| **CT Lien Solutions**<br>**Attn: Gisella Melendez**<br>**2727 Allen Parkway**<br>**Houston, TX 77019** | Line **2.10** | |
| **CT Lien Solutions**<br>**Attn: Gisella Melendez**<br>**2727 Allen Parkway**<br>**Houston, TX 77019** | Line **2.11** | |
| **CT Lien Solutions**<br>**Attn: Gisella Melendez**<br>**2727 Allen Parkway**<br>**Houston, TX 77019** | Line **2.6** | |
| **Lease Direct**<br>**Attn: Tim Farina**<br>**PO Box 4000**<br>**Johnston, IA 50131-9854** | Line **2.1** | |
| **RLC Funding**<br>**201 Executive Center Drive Suite 10**<br>**Columbia, SC 29210** | Line **2.9** | |
| **RLC Funding**<br>**201 Executive Center Drive Suite 10**<br>**Columbia, SC 29210** | Line **2.10** | |
| **RLC Funding**<br>**201 Executive Center Drive Suite 10**<br>**Columbia, SC 29210** | Line **2.11** | |

| Debtor | **Mt. Sierra College, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| **RLC Funding a Div. of Navitas Lease Corp. ISAOA**<br>**111 Executive Center Drive**<br>**Suite 102**<br>**Columbia, SC 29210** | | Line **2.11** |
| **Univest Capital Inc.**<br>**3220 Tillman Dr Suite 503**<br>**Bensalem, PA 19020** | | Line **2.13** |
| **Western Equipment Finance**<br>**503 Hwy 2 West**<br>**Devils Lake, ND 58301** | | Line **2.14** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Mt. Sierra College, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,452.84** | **$5,452.84** |
|---|---|---|---|---|
| | **Los Angeles County Tax Collector**<br>**PO Box 54027**<br>**Los Angeles, CA 90054-0110** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,397.80** |
|---|---|---|---|
| | **Adam Smith**<br>**14520 Village Drive Apt 1204**<br>**Fontana, CA 92337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Educational Services**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,534.24** |
|---|---|---|---|
| | **Aflac**<br>**1932 Wynnton Rd.**<br>**Columbus, GA 31993** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Insurance**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ajmal Abwi**
**2202 Crawford Ave.**
**Altadena, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,782.00** |
|---|---|---|---|

**Alaris**
**1812 W. Burbank Blvd. #483**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Alarm, Security Guard - Services Performed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alec Chu-Su Gutierrez**
**261 East Alegria**
**Sierra Madre, CA 91024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alex B Maiwandi**
**148 East Lemon Ave.**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alyssa M Gonzalez**
**560 S Fernwood Street Unit 5**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ana L. Rendon Renteria**
**333 Orange Ave.**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrew Valle**
**14022 Prichard St.**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mt. Sierra College, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Andrew Zepeda**
**1307 W Baker Ave.**
**Fullerton, CA 92833**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Antoni Salazar**
**3739 La Madera Ave.**
**El Monte, CA 91732**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Archangle A. Lenier**
**134 N. Myrtle Ave.**
**Unit B**
**Monrovia, CA 91016**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$278.20** |
|---|---|---|---|

**Arlyne Sanchez**
**2929 N White Ave**
**La Verne, CA 91750**

Date(s) debt was incurred  **12/30/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Axa Lopez**
**9056 Burma Rd.**
**Pico Rivera, CA 90660**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Benjamin Howard**
**1120 Monte Verde Dr.**
**Arcadia, CA 91007**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$365.00** |
|---|---|---|---|

**Brian Wang**
**5561 Sultana Ave Apt 4B**
**Temple City, CA 91780**

Date(s) debt was incurred  **11/22/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Mt. Sierra College, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.00 |
|---|---|---|---|

**Briana L. Chairez**
**711 S Glenn Alan**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,258.36 |
|---|---|---|---|

**Bryn Mawr Funding/RBA**

**620 West Germantown Pike Suite 910**
**Plymouth Meeting, PA 19462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,098.82 |
|---|---|---|---|

**Campus Management**
**5201 Congress Ave Suite 220**
**Boca Raton, FL 33487**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/19**

**Basis for the claim:**  **Services Provided**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Castro**
**9245 Mango Ave.**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,454.53 |
|---|---|---|---|

**Carlos Medrano**
**14415 Moccasin St.**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/2018**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,452.68 |
|---|---|---|---|

**Carol Rounds**
**The Rounds Partnership**
**8815 Orton St.**
**Elk Grove, CA 95624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Services Provided**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cathy Rincon**
**2016 Parkrose Ave.**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Mt. Sierra College, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CDW Government**
**75 Remittance Drive Suite 1515**
**Chicago, IL 60675**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cecylia Palacio**
**3601 Van Wig Ave.**
**Baldwin Park, CA 91706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _6/23/2019_

Last 4 digits of account number _

Basis for the claim: _Educational Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|---|---|---|---|

**Charles West**
**625 S Almansor**
**Alhambra, CA 91801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _9/17/2015_

Last 4 digits of account number _

Basis for the claim: _Educational Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christine C. Knudtson**
**14833 Magnolia Blvd.**
**Unit 103**
**Sherman Oaks, CA 91403**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _6/23/2019_

Last 4 digits of account number _

Basis for the claim: _Educational Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Bravo**
**925 N Summit Ave. Apt 1**
**Pasadena, CA 91103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _6/23/2019_

Last 4 digits of account number _

Basis for the claim: _Educational Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |
|---|---|---|---|

**Christopher Cornejo**
**481 Marc Place Unit G**
**Azusa, CA 91702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _4/18/2018; 6/23/2019_

Last 4 digits of account number _

Basis for the claim: _Educational Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Winter**
**191 Glen Summer Road**
**Pasadena, CA 91105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _6/23/2019_

Last 4 digits of account number _

Basis for the claim: _Educational Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clara Garcia**
**1532 E Verness St.**
**West Covina, CA 91791**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,069.57 |
|---|---|---|---|

**Creekridge Capital LLC**
**7808 Creekridge Circle Suite 250**
**Edina, MN 55439**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,422.78 |
|---|---|---|---|

**D2L LTD**
**Attn  Emily Wilson, Asst Controller**
**210 West Pennsylvania Ave.**
**Suite 400A**
**Towson, MD 21204**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Performed**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,135.00 |
|---|---|---|---|

**Daniel S. Banyai**
**250 Cathedral Cove, Apt #53**
**Camarillo, CA 93012**

Date(s) debt was incurred  **6/27/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment Entered on 6/27/2019**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Enriquez**
**607 E Olive Ave.**
**Monrovia, CA 91016**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,465.63 |
|---|---|---|---|

**Dell**
**One Dell Way**
**Round Rock, TX 78682**

Date(s) debt was incurred  **2/18/2019**

Last 4 digits of account number  **8899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Purchase**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Derick X Vu**
**116 East Beacon St.**
**Alhambra, CA 91801**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Mt. Sierra College, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diana Castro**
9245 Mango Ave.
Fontana, CA 92335

Date(s) debt was incurred  6/23/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Domanique Hernandez**
1114 East Shamwood Street
West Covina, CA 91790

Date(s) debt was incurred  6/23/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $474.00 |
|---|---|---|---|

**Dominique C. Zamora**
4648 Landi Ave.
Baldwin Park, CA 91706

Date(s) debt was incurred  6/23/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dongxu Xu**
311 W Foothill Blvd.
Monrovia, CA 91016

Date(s) debt was incurred  6/23/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donny C Tubbs**
273 E Edna Pl
Covina, CA 91723

Date(s) debt was incurred  6/23/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Double Pegasus, LLC**
210 South Orange Grove Blvd.
Glendale, CA 91202

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lease For Student Housing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Durmel De Leon**
844 Terrace #49
Los Angeles, CA 90042

Date(s) debt was incurred  11/30/2016

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.45** Nonpriority creditor's name and mailing address
**EBSCO Industries**
5724 Hwy 280 East
Birmingham, AL 35242

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$15,488.00**

---

**3.46** Nonpriority creditor's name and mailing address
**Eduardo Diaz**
5700 Hill Street
La Puente, CA 91744

Date(s) debt was incurred **6/23/2019**
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

**$98.33**

---

**3.47** Nonpriority creditor's name and mailing address
**Edwin Valverde**
14347 Valona Dr.
Baldwin Park, CA 91706

Date(s) debt was incurred **6/23/2019**
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.48** Nonpriority creditor's name and mailing address
**Elizabeth Gonzalez**
5580 Moreno Street Space 11
Montclair, CA 91763

Date(s) debt was incurred **6/23/2019**
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.49** Nonpriority creditor's name and mailing address
**Emelin Gutierrez**
4136 La Rica Ave Apt B
Baldwin Park, CA 91706

Date(s) debt was incurred **6/23/2017**
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

**$631.33**

---

**3.50** Nonpriority creditor's name and mailing address
**Employers Assurance Co.**
7110 North Fresno Street, Suite 250
Fresno, CA 93720-2999

Date(s) debt was incurred **11/01/2017 - 11/01/2018**
Last 4 digits of account number **0902**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$69,882.00**

---

**3.51** Nonpriority creditor's name and mailing address
**Eric Garcilazo**
235 W Grove St #C14
Pomona, CA 91767

Date(s) debt was incurred **6/23/2019**
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Mt. Sierra College, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ernie Castillo** | ☐ Contingent | |
| | **818 N Easley Canyon Rd.** | ☐ Unliquidated | |
| | **Glendora, CA 91740** | ☐ Disputed | |
| | Date(s) debt was incurred **6/23/2019** | Basis for the claim: **Educational Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,147.79 |
|---|---|---|---|
| | **Exacta Media Inc.** | ☐ Contingent | |
| | **200 Spectruim Center Drive** | ☐ Unliquidated | |
| | **#300** | ☐ Disputed | |
| | **Valencia, CA 91355** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Services Performed** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Exodus Bautista** | ☐ Contingent | |
| | **2441 Merced Ave.** | ☐ Unliquidated | |
| | **South El Monte, CA 91733** | ☐ Disputed | |
| | Date(s) debt was incurred **6/23/2019** | Basis for the claim: **Educational Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Felipe D. Alvarez** | ☐ Contingent | |
| | **216 W Cypress Ave. Apt B** | ☐ Unliquidated | |
| | **Monrovia, CA 91016** | ☐ Disputed | |
| | Date(s) debt was incurred **6/23/2019** | Basis for the claim: **Educational Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Fernanda Garcia Perez** | ☐ Contingent | |
| | **18657 E Arrow Hwy Unit A** | ☐ Unliquidated | |
| | **Covina, CA 91722** | ☐ Disputed | |
| | Date(s) debt was incurred **6/23/2019** | Basis for the claim: **Educational Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,578.00 |
|---|---|---|---|
| | **First Insurance Funding** | ☐ Contingent | |
| | **450 Stokie Blvd. Suite 1000** | ☐ Unliquidated | |
| | **Northbrook, IL 60062** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Services Provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **Franchise Tax Board** | ☐ Contingent | |
| | **PO Box 942857** | ☐ Unliquidated | |
| | **Sacramento, CA 94257-0531** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Penalty for tax year 2020** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Mt. Sierra College, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francisco Garay**
**12837 Ledford Street**
**Baldwin Park, CA 91706**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hao Ma**
**605 E. Colorado Blvd.**
**Monrovia, CA 91016**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $142.00 |
|---|---|---|---|

**He Xia**
**360 W Las Flores Ave**
**Arcadia, CA 91007**

Date(s) debt was incurred  **7/14/2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,203,750.00 |
|---|---|---|---|

**Hengda USA**
**800 Royal Oaks Drive, Suite 101**
**Northbrook, IL 60062**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $724.36 |
|---|---|---|---|

**Henry Mills**
**15902 Haliburton #164**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred  **8/24/2014**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Innovative Data Consulting**
**25350 Magic Mountain Pkwy**
**Suite 300**
**  CA 91355**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacob A Crouch**
**747 W Longden**
**Arcadia, CA 91007**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mt. Sierra College, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**James Castillo**
**115 N Rampart Blvd Apt A**
**Los Angeles, CA 90026**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jarred Corral**
**3735 Yuba River Dr.**
**Ontario, CA 91761**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53.00 |
| --- | --- | --- | --- |

**Jason E. Weir**
**1432 Bentley Court**
**San Dimas, CA 91773**

Date(s) debt was incurred  **1/26/2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
| --- | --- | --- | --- |

**Jennifer Gruczelak**
**1543 Oslo Ct.**
**Livermore, CA 94550**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services Performed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jessica M. Murillo**
**860 W. Olive**
**Monrovia, CA 91016**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jing Liu**
**605 E Colorado Blvd.**
**Monrovia, CA 91016**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,856.00 |
| --- | --- | --- | --- |

**Joel Palacios**
**3200 Floral Meadow Drive**
**Bakersfield, CA 93308**

Date(s) debt was incurred  **10/18/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Educational Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Tang**
**605 Colorado Blvd.**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Garcia Perez**
**18657 E Arow Hwy**
**Unit A**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.30 |
|---|---|---|---|

**Jorge Arroyo**
**600 Ferrero Ln**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2017**

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,173.00 |
|---|---|---|---|

**Jose Merino**
**1331 N. San Gabriel Ave.**
**Unit 12**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2015**

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph E. Ling**
**1244 Sunflower Ave.**
**Glendora, CA 91740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua Romero**
**15040 Ashwood Lane**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.92 |
|---|---|---|---|

**Joshua T Cordle**
**16124 Rosecrans Ave. Aot 3A**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/13/2014**

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$264.67** |
|---|---|---|---|

**Jostens**
**21336 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2019**

**Basis for the claim:**  **Goods rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$678.59** |
|---|---|---|---|

**Julian Hernandez**
**406 W Duarte Rd Apt E**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/23/2017**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julian Roca**
**3414 Alice Street**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Junya Zhu**
**821 Sequoia Circle**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Justin Mercado**
**3221 Vineland Ave.**
**Apt 2**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kai A Martinez**
**11222 Cresson Street**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lauren M. Atkins**
**818 Valley View Ave.**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Lingxu Jin
600 E Meda Ave.
Glendora, CA 91741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/23/2019**

Basis for the claim: **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131.70

Marvel Wallace
3113 W Mauna Loa Ave
Glendora, CA 91740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Mauricio Garcia Perez
18657 E Arroyo Hwy Unit A
Covina, CA 91722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/5/2014; 6/23/2019**

Basis for the claim: **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.90

Metro Express Lanes
20101 Hamilton Avenue, Suite 100A
Torrance, CA 90502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid auto tolls**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Miguel Ledesma
2482 Calle Villada Circle
Duarte, CA 91010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/23/2019**

Basis for the claim: **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Milton Lara
10419 Morning Ave.
Downey, CA 90241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/23/2019**

Basis for the claim: **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.00

Ming Peng
2020 S 3rd St. Apt C
Alhambra, CA 91803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/30/2017**

Basis for the claim: **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address

**Monrovia Technology Campus LLC**
**Nic Fetter or Blaine P. Fetter**
**602 E Huntington Drive Suite D**
**Cherry Valley, IL 61016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Lease Agreement**

Is the claim subject to offset? ☑ No  ☐ Yes

**$70,526.58**

---

**3.95** | Nonpriority creditor's name and mailing address

**Myda Arroyo**
**1060 E Foothill Blvd Unit 1**
**Glendora, CA 91741**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.96** | Nonpriority creditor's name and mailing address

**Nicholas Durian**
**821 W Michelle St.**
**West Covina, CA 91790**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.97** | Nonpriority creditor's name and mailing address

**Nick M Flores**
**375 Flower Street**
**Pasadena, CA 91104**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.98** | Nonpriority creditor's name and mailing address

**Nicole Seymour**
**102 N Robin Privado**
**Ontario, CA 91764**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.99** | Nonpriority creditor's name and mailing address

**Noah Romero**
**9636 Pradera Ave.**
**Montclair, CA 91763**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.100** | Nonpriority creditor's name and mailing address

**Nolan L. Ramsey**
**610 West Route 66**
**Apt 4**
**Glendora, CA 91740**

Date(s) debt was incurred  **6/23/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Educational Services**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Mt. Sierra College, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,672.17** |
|---|---|---|---|

**Office1**
**3930 W Ali Baba Ln**
**Las Vegas, NV 89118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Performed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pablo A Garza**
**925 N Summit Ave Apt 1**
**Pasadena, CA 91103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _6/23/2019_

Basis for the claim:  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paola Gutierrez**
**590 E Olive Street**
**Pomona, CA 91766**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384.04** |
|---|---|---|---|

**Parks Coffee California**
**PO Box 110914**
**Carrollton, TX 75011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Performed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.00** |
|---|---|---|---|

**Peter Kuczmarski**
**13951 Illinois St. #G**
**Westminster, CA 92683**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accountant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,672.95** |
|---|---|---|---|

**Philadelphia Insurance Co.**
**PO Box 70151**
**Philadelphia, PA 19176**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Qinyang Qian**
**125 W Olive Ave**
**Apt 320**
**Monrovia, CA 91016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _6/23/2019_

Basis for the claim:  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Randy Gudadi**
**9020 Pentland St.**
**Temple City, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rasheed K. Abboud**
**1823 Orange Grove Rd.**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$367.88**

**Reshaun Harris**
**562 E Phillips #27**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Results Loan Management Services**
**Attn: Jennifer Gruczelak**
**7172 Regional Street**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Services Performed**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,315.95**

**Ricardo Moto**
**542 N. Sunset Ave.**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/21/2017**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rocio Juarez**
**4610 Center Street**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rogelio Mondoza**
**4132 Harlan Ave.**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2019**

**Basis for the claim:**  **Educational Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rose Xiong**
**2050 Lindauer Drive**
**La Habra, CA 90631-2563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

**Basis for the claim:**  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rudaina Brown**
**14425 Bountain Ave.**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

**Basis for the claim:**  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.92** |
|---|---|---|---|

**Rudolph Pierson**
**808 E Ross Ave.**
**Alhambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   12/30/2015

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rudy Tinajero**
**206 S Louise Ave.**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

**Basis for the claim:**  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Salvador Gaeta**
**12429 Rush Street**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

**Basis for the claim:**  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott A Lane**
**812 Brent Ave.**
**South Pasadena, CA 91030-2708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

**Basis for the claim:**  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shaojia Ma**
**605 E Colorado Blvd**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

**Basis for the claim:**  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Mt. Sierra College, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,086.77 |
|---|---|---|---|

**Sharon Montenegro**
**1840 S 6th Ave Apt #C**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/19/2017

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Star International Culture**
**1031 E Las Tunas D #B**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/31/2017; 6/27/2017

Basis for the claim:  **Services Provided**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen A Ballesteros**
**528 Almond Ave. Unit B**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steve Nguyen**
**11911 Rio Hondo Parkway**
**El Monte, CA 91732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steven Scott**
**4958 Sereno Dr.**
**Temple City, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sukhman Kauer**
**918 Huntinton Drive Unit E**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sun Katie**
**1949 Edenview Ln.**
**West Covina, CA 91792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  **Educational Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Mt. Sierra College, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Tanner Lovitt** | ☐ Contingent | |
| | **654 Oakhill Drive** | ☐ Unliquidated | |
| | **Glendora, CA 91741** | ☐ Disputed | |
| | **Date(s) debt was incurred  6/23/2019** | **Basis for the claim:  Educational Services** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,717.00** |
| | **TCCG, LLC dba The Cambridge Capital** | ☐ Contingent | |
| | **5877 Pine Ave, Suite 240** | ☐ Unliquidated | |
| | **Chino Hills, CA 91709-6543** | ☐ Disputed | |
| | **Date(s) debt was incurred  _** | **Basis for the claim:  Lease** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$728.78** |
| | **TFC** | ☐ Contingent | |
| | **2010 Crow Canyon Place Suite 300** | ☐ Unliquidated | |
| | **San Ramon, CA 94583** | ☐ Disputed | |
| | **Date(s) debt was incurred  _** | **Basis for the claim:  Collections** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **U.S. Department of Education** | ☐ Contingent | |
| | **400 Maryland Avenue, SW** | ☐ Unliquidated | |
| | **Washington, DC 20202** | ☐ Disputed | |
| | **Date(s) debt was incurred  _** | **Basis for the claim:  For Notice Purposes Only** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Valerie Ann B Garza** | ☐ Contingent | |
| | **925 N Summit Ave.** | ☐ Unliquidated | |
| | **Apt 1** | ☐ Disputed | |
| | **Pasadena, CA 91103** | **Basis for the claim:  Educational Services** | |
| | **Date(s) debt was incurred  6/23/2019** | Is the claim subject to offset? ■ No ☐ Yes | |
| | **Last 4 digits of account number  _** | | |

| | | | |
|---|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.80** |
| | **Victor Trejo** | ☐ Contingent | |
| | **8131 Cornwell Ave.** | ☐ Unliquidated | |
| | **Rancho Cucamonga, CA 91739** | ☐ Disputed | |
| | **Date(s) debt was incurred  12/30/2015** | **Basis for the claim:  Educational Services** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Virgil Bryant** | ☐ Contingent | |
| | **862 San Pablo Way** | ☐ Unliquidated | |
| | **Duarte, CA 91010** | ☐ Disputed | |
| | **Date(s) debt was incurred  6/23/2019** | **Basis for the claim:  Educational Services** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

Yan Xu
2913 Maxson Rd.
El Monte, CA 91732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/14/2017

Basis for the claim:  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Yatzeni Sanchez
5031 Wheeler Ave.
La Verne, CA 91750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Yee Siang Wong
21145 Lycoming Street
Walnut, CA 91789

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Yi Xiao
1923 Huntington Drive
Unit B
Duarte, CA 91010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,281,823.00 |
|---|---|---|---|

Ying (Lucy) Li
9 Cobalt Dr.
Dana Point, CA 92629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Loans

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Yuhao Li
Aztec Hotel
311 W Foothill Blvd.
Monrovia, CA 91016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.00 |
|---|---|---|---|

Yun Sun
5340 Peck Road
El Monte, CA 91732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Educational Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Yuxin Wang
605 E Colorado Ave
Unit C
Monrovia, CA 91016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  Educational Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$355.02**

Zachary Guzman
1715 S Sixth St.
Alhambra, CA 91803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Educational Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Zezhi Yuan
605 E Colorado Blvd.
Unit C
Monrovia, CA 91016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  Educational Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Zhiyuan Shi
911 Santa Fe Ave
San Gabriel, CA 91776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2019

Basis for the claim:  Educational Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,440.00**

Zhongzheng Li
6147 N Muscatel
San Gabriel, CA 91775

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/11/2016

Basis for the claim:  Services Performed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$810.94**

Zimmerman Advertising LLC
15471 SW 12th Street Suite 203
Sunrise, FL 33326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services Performed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Mt. Sierra College, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Joni M. Fraser, Esq.** <br> **Lam Lyn Philip PC** <br> **The Skyline Building** <br> **6213 Skyline Drive Suite 2100** <br> **Houston, TX 77057** | Line **3.36** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 **McCarthy, Burgess & Wolff** <br> **The MB&W Building** <br> **26000 Cannon Road** <br> **Cleveland, OH 44146** | Line **3.50** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 **Patrick W. Kelly, Esq.** <br> **Snell & Wilmer** <br> **350 South Grand Avenue, Suite 3100** <br> **Los Angeles, CA 90071** | Line **3.94** <br><br> ☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 5,452.84 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,835,141.30 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ 2,840,594.14 |

**Fill in this information to identify the case:**

Debtor name __**Mt. Sierra College, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Mt. Sierra College, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Jie Zhao** | **101 E. Huntington Drive Monrovia, CA 91016 Lease Guaranty** | **Monrovia Technology Campus LLC** | ☐ D _____ ■ E/F __3.94__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Mt. Sierra College, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,088,841.49** |
   | **For the fiscal year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,341,332.00** |
   | **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$3,328,347.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Mt. Sierra College, Inc.** | Case number *(if known)* |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |
| **Condominium Management Services, Inc. 675 W. Foothill Blvd Claremont, CA 91711** | **Subaru 2017 Subaru Outback, license number 7WFR729, VIN 4S4BSANC2H3211167** | **June 25 or 26, 2020** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Mt. Sierra College** | **School closing audit** | **Bureau for Private Postsecondary Postsecondary Education 1747 N. Market Blvd., Suite 225 Sacramento, CA 95834** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **Mt. Sierra College** | **School closing audit** | **U.S. Department of Education Federal Student Aid/Program Compliance San Francisco/Seattle School Part Div. 50 United Nations Plaza, Mailbox 1200 San Francisco, CA 94102** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Mt. Sierra College, Inc.** | Case number *(if known)* |
|---|---|---|

■ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 08/24/20 $9,928.30 09/16/20 $5,478.00 10/15/20 $405.70 11/13/20 $337.50 01/15/21 $2,902.50 02/12/21 $137.00 04/28/2021 $5,476.23 | |
| | **Winthrop Golubow Hollander, LLP** **1301 Dove Street, Suite 500** **Newport Beach, CA 92660** | | | $24,665.23 |
| | Email or website address **www.wghlawyers.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor   **Mt. Sierra College, Inc.**                                    Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **SEE ATTACHMENT** | | | **$0.00** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **101 Huntington Drive Monrovia, CA 91016** | **1999-2016** |
| 14.2. | **800 Royal Oaks Dr. Suite 101, Monrovia, CA 91016** | **2016-2019** |
| 14.3. | **821 Sequoia Circle Monrovia, CA 91016** | **2019-2020** |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

| Debtor | Mt. Sierra College, Inc. | Case number *(if known)* |
|---|---|---|

**Student address, social and charges and payment**

Does the debtor have a privacy policy about that information?

■ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP** | EIN: **009994** |

Has the plan been terminated?

☐ No

■ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain** | **Joyce Boylan, (Haiying) Liu** | **Student Records** | ☐ No<br>■ Yes |
| **Santa Ana Mini Storage California 401 N. Fairview Street, Suite D49 Santa Ana, CA 92703** | **Winthrop Golubow Hollander, LLP - 1301 Dove Street, Suite 500, Newport Beach, CA 92660** | **12 Computers; 3 Servers** | ☐ No<br>■ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Mt. Sierra College, Inc.**                                    Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Certified Information Management 7880 Crossway Drive Pico Rivera, CA 90660** | **Brian Sobwick** | **Certified academic student transcript** | ☐ No ■ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Debtor | Mt. Sierra College, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Violet Grundy**<br>**1986 Singingwood Ave.**<br>**Pomona, CA 91767** | **1997-2019** |
| 26a.2. | **Peter Kuczmarski**<br>**13951 Illinois St. #G**<br>**Westminster, CA 92683** | **9/1/17-7/2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Almich & Associates**<br>**26453 Rancho Parkway**<br>**Lake Forest, CA 92630** | **2/2015-Present** |
| | Name and address | Date of service<br>From-To |
| 26b.2. | **Clifford Larsen Allen LLP**<br>**301 North Lake Ave Suite 900**<br>**Pasadena, CA 91101** | **1/2018-11/2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Almich & Associates**<br>**26453 Rancho Parkway**<br>**Lake Forest, CA 92630** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    **Mt. Sierra College, Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Xuheng Tang** | **9 Cobalt Dr**<br>**Dana Point, CA 92629** | **Level 4 Owner** | **30%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Jianyou Li** | **LTD Room 1016 Building 3**<br>**West Road of North Third Ring**<br>**Bejing China** | **Level 4 Owner** | **70%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Hengda USA Education Corp.** | **Loan $200,000.00** | **01/04/2019** | **Loan Repayment to Hengda** |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.2. | **Hengda USA Education Corp.** | **Loan $100,000.00** | **05/21/2019** | **Loan Repayment to Hengda** |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.3. | **Hengda USA Education Corp.** | **Loan $406,244.50** | **06/07/2019** | **Loan Repayment to Hengda** |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.4. | **Hengda USA Education Corp.** | **Loan $11,232.16** | **06/20/2019** | **Loan Repayment to Hengda** |
| | **Relationship to debtor**<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

Debtor    __Mt. Sierra College, Inc.__                                    Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No

☐  Yes. Identify below.

**Name of the pension fund**                                    **Employer Identification number of the parent
corporation**

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __4/30/2021__

_____            __Lucey Ying Lee__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CFO**    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Mt. Sierra College, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 24,665.23 ** |
| Prior to the filing of this statement I have received | $ | 24,665.23 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in prosecution or defense of any actions including motions for relief from stay or adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

April 30, 2021

Date

*/s/ Richard H. Golubow*

**Richard H. Golubow**
*Signature of Attorney*
**Winthrop Golubow Hollander, LLP**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4100  Fax: 949-720-4111**
**rgolubow@wghlawyers.com**
*Name of law firm*

---

**The firm was engaged to provide extensive pre-petition consultation and legal services related to the wind-down of the debtor's operations, interfacing with a substantial number of creditors including government regulatory agencies that oversee academic institutions, and thereafter, the preparation and filing of a petition for chapter 7.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Richard H. Golubow**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **State Bar #160434 CA**<br>rgolubow@wghlawyers.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Mt. Sierra College, Inc.**<br><br><br><br><br><br><br>                                    Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __22__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __4/30/2021__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

.

Mt. Sierra College, Inc.
c/o Winthrop Golubow Hollander, LLP
1301 Dove Street Suite 500
Newport Beach, CA 92660


Richard H. Golubow
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


Adam Smith
14520 Village Drive Apt 1204
Fontana, CA 92337


Aflac
1932 Wynnton Rd.
Columbus, GA 31993


Ajmal Abwi
2202 Crawford Ave.
Altadena, CA 91001


Alaris
1812 W. Burbank Blvd. #483
Burbank, CA 91506


Alec Chu-Su Gutierrez
261 East Alegria
Sierra Madre, CA 91024


Alex B Maiwandi
148 East Lemon Ave.
Monrovia, CA 91016

Alyssa M Gonzalez
560 S Fernwood Street Unit 5
West Covina, CA 91791

Ana L. Rendon Renteria
333 Orange Ave.
West Covina, CA 91790

Andrew Valle
14022 Prichard St.
La Puente, CA 91746

Andrew Zepeda
1307 W Baker Ave.
Fullerton, CA 92833

Antoni Salazar
3739 La Madera Ave.
El Monte, CA 91732

Apple Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Archangle A. Lenier
134 N. Myrtle Ave.
Unit B
Monrovia, CA 91016

Arlyne Sanchez
2929 N White Ave
La Verne, CA 91750

Ascentium
PO BOx 301593
Dallas, TX 75303


Ascentium Capital LLC
23970 US Highway 59 North
Kingwood, TX 77339


Axa Lopez
9056 Burma Rd.
Pico Rivera, CA 90660


Benjamin Howard
1120 Monte Verde Dr.
Arcadia, CA 91007


Brian Wang
5561 Sultana Ave Apt 4B
Temple City, CA 91780


Briana L. Chairez
711 S Glenn Alan
West Covina, CA 91791


Bryn Mawr Funding
620 West Germantown Pike Suite 910
Plymouth Meeting, PA 19462


Bryn Mawr Funding/RBA
620 West Germantown Pike Suite 910
Plymouth Meeting, PA 19462

Campus Management
5201 Congress Ave Suite 220
Boca Raton, FL 33487


Carlos Castro
9245 Mango Ave.
Fontana, CA 92335


Carlos Medrano
14415 Moccasin St.
La Puente, CA 91744


Carol Rounds
The Rounds Partnership
8815 Orton St.
Elk Grove, CA 95624


Cathy Rincon
2016 Parkrose Ave.
Duarte, CA 91010


CDW Government
75 Remittance Drive Suite 1515
Chicago, IL 60675


Cecylia Palacio
3601 Van Wig Ave.
Baldwin Park, CA 91706


Charles West
625 S Almansor
Alhambra, CA 91801

Christine C. Knudtson
14833 Magnolia Blvd.
Unit 103
Sherman Oaks, CA 91403


Christopher Bravo
925 N Summit Ave. Apt 1
Pasadena, CA 91103


Christopher Cornejo
481 Marc Place Unit G
Azusa, CA 91702


Christopher Winter
191 Glen Summer Road
Pasadena, CA 91105


Clara Garcia
1532 E Verness St.
West Covina, CA 91791


Conestoga Equipment Finance Corp.
1033 S. Hanover Street
Pottstown, PA 19465


Corporation Service Company
As Representative
P.O. Box 2576
Springfield, IL 62708


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Creekridge Capital LLC
7808 Creekridge Circle Suite 250
Edina, MN 55439


CT Lien Solutions
Attn: Gisella Melendez
2727 Allen Parkway
Houston, TX 77019


D2L LTD
Attn Emily Wilson, Asst Controller
210 West Pennsylvania Ave.
Suite 400A
Towson, MD 21204


Daniel S. Banyai
250 Cathedral Cove, Apt #53
Camarillo, CA 93012


David Enriquez
607 E Olive Ave.
Monrovia, CA 91016


Dell
One Dell Way
Round Rock, TX 78682


Derick X Vu
116 East Beacon St.
Alhambra, CA 91801


Diana Castro
9245 Mango Ave.
Fontana, CA 92335

Domanique Hernandez
1114 East Shamwood Street
West Covina, CA 91790


Dominique C. Zamora
4648 Landi Ave.
Baldwin Park, CA 91706


Dongxu Xu
311 W Foothill Blvd.
Monrovia, CA 91016


Donny C Tubbs
273 E Edna Pl
Covina, CA 91723


Double Pegasus, LLC
210 South Orange Grove Blvd.
Glendale, CA 91202


Durmel De Leon
844 Terrace #49
Los Angeles, CA 90042


EBSCO Industries
5724 Hwy 280 East
Birmingham, AL 35242


Eduardo Diaz
5700 Hill Street
La Puente, CA 91744

Edwin Valverde
14347 Valona Dr.
Baldwin Park, CA 91706


Elizabeth Gonzalez
5580 Moreno Street Space 11
Montclair, CA 91763


Emelin Gutierrez
4136 La Rica Ave Apt B
Baldwin Park, CA 91706


Employers Assurance Co.
7110 North Fresno Street, Suite 250
Fresno, CA 93720-2999


Eric Garcilazo
235 W Grove St #C14
Pomona, CA 91767


Ernie Castillo
818 N Easley Canyon Rd.
Glendora, CA 91740


Exacta Media Inc.
200 Spectruim Center Drive
#300
Valencia, CA 91355


Exodus Bautista
2441 Merced Ave.
South El Monte, CA 91733

Felipe D. Alvarez
216 W Cypress Ave. Apt B
Monrovia, CA 91016


Fernanda Garcia Perez
18657 E Arrow Hwy Unit A
Covina, CA 91722


First Insurance Funding
450 Stokie Blvd. Suite 1000
Northbrook, IL 60062


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Francisco Garay
12837 Ledford Street
Baldwin Park, CA 91706


Hao Ma
605 E. Colorado Blvd.
Monrovia, CA 91016


He Xia
360 W Las Flores Ave
Arcadia, CA 91007


Hengda USA
800 Royal Oaks Drive, Suite 101
Northbrook, IL 60062

Henry Mills
15902 Haliburton #164
Hacienda Heights, CA 91745


Hewlett-Packard Financial Services
200 Connell Drive
Berkeley Heights, NJ 07922


Innovative Data Consulting
25350 Magic Mountain Pkwy
Suite 300
CA 91355


Internal Revenue Service
1973 North Rulon White Blvd.
Ogden, UT 84201-0062


Internal Revenue Service
9350 Flair Drive, 4th Floor
El Monte, CA 91731


Jacob A Crouch
747 W Longden
Arcadia, CA 91007


James Castillo
115 N Rampart Blvd Apt A
Los Angeles, CA 90026


Jarred Corral
3735 Yuba River Dr.
Ontario, CA 91761

Jason E. Weir
1432 Bentley Court
San Dimas, CA 91773


Jennifer Gruczelak
1543 Oslo Ct.
Livermore, CA 94550


Jessica M. Murillo
860 W. Olive
Monrovia, CA 91016


Jie Zhao
101 E. Huntington Drive
Monrovia, CA 91016


Jing Liu
605 E Colorado Blvd.
Monrovia, CA 91016


Joel Palacios
3200 Floral Meadow Drive
Bakersfield, CA 93308


John Tang
605 Colorado Blvd.
Monrovia, CA 91016


Jonathan Garcia Perez
18657 E Arow Hwy
Unit A
Covina, CA 91722

Joni M. Fraser, Esq.
Lam Lyn Philip PC
The Skyline Building
6213 Skyline Drive Suite 2100
Houston, TX 77057


Jorge Arroyo
600 Ferrero Ln
La Puente, CA 91744


Jose Merino
1331 N. San Gabriel Ave.
Unit 12
Azusa, CA 91702


Joseph E. Ling
1244 Sunflower Ave.
Glendora, CA 91740


Joshua Romero
15040 Ashwood Lane
Chino Hills, CA 91709


Joshua T Cordle
16124 Rosecrans Ave. Aot 3A
La Mirada, CA 90638


Jostens
21336 Network Place
Chicago, IL 60673


Julian Hernandez
406 W Duarte Rd Apt E
Monrovia, CA 91016

Julian Roca
3414 Alice Street
Los Angeles, CA 90065


Junya Zhu
821 Sequoia Circle
Monrovia, CA 91016


Justin Mercado
3221 Vineland Ave.
Apt 2
Baldwin Park, CA 91706


Kai A Martinez
11222 Cresson Street
Norwalk, CA 90650


Lauren M. Atkins
818 Valley View Ave.
Monrovia, CA 91016


Lease Direct
Attn: Tim Farina
PO Box 4000
Johnston, IA 50131-9854


Lingxu Jin
600 E Meda Ave.
Glendora, CA 91741


Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0110

Marvel Wallace
3113 W Mauna Loa Ave
Glendora, CA 91740


Mauricio Garcia Perez
18657 E Arroyo Hwy Unit A
Covina, CA 91722


McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Cleveland, OH 44146


Metro Express Lanes
20101 Hamilton Avenue, Suite 100A
Torrance, CA 90502


Miguel Ledesma
2482 Calle Villada Circle
Duarte, CA 91010


Milton Lara
10419 Morning Ave.
Downey, CA 90241


Ming Peng
2020 S 3rd St. Apt C
Alhambra, CA 91803


Monrovia Technology Campus LLC
Nic Fetter or Blaine P. Fetter
602 E Huntington Drive Suite D
Cherry Valley, IL 61016

Myda Arroyo
1060 E Foothill Blvd Unit 1
Glendora, CA 91741


Nicholas Durian
821 W Michelle St.
West Covina, CA 91790


Nick M Flores
375 Flower Street
Pasadena, CA 91104


Nicole Seymour
102 N Robin Privado
Ontario, CA 91764


Noah Romero
9636 Pradera Ave.
Montclair, CA 91763


Nolan L. Ramsey
610 West Route 66
Apt 4
Glendora, CA 91740


Office1
3930 W Ali Baba Ln
Las Vegas, NV 89118


Pablo A Garza
925 N Summit Ave Apt 1
Pasadena, CA 91103

Paola Gutierrez
590 E Olive Street
Pomona, CA 91766


Parks Coffee California
PO Box 110914
Carrollton, TX 75011


Patrick W. Kelly, Esq.
Snell & Wilmer
350 South Grand Avenue, Suite 3100
Los Angeles, CA 90071


Peter Kuczmarski
13951 Illinois St. #G
Westminster, CA 92683


Philadelphia Insurance Co.
PO Box 70151
Philadelphia, PA 19176


Qinyang Qian
125 W Olive Ave
Apt 320
Monrovia, CA 91016


Randy Gudadi
9020 Pentland St.
Temple City, CA 91780


Rasheed K. Abboud
1823 Orange Grove Rd.
Duarte, CA 91010

Reshaun Harris
562 E Phillips #27
Pomona, CA 91766


Results Loan Management Services
Attn: Jennifer Gruczelak
7172 Regional Street
Dublin, CA 94568


Ricardo Moto
542 N. Sunset Ave.
Azusa, CA 91702


RLC Funding
814 Highway A1A North, Suite 205
Ponte Vedra Beach, FL 32082


RLC Funding
201 Executive Center Drive Suite 10
Columbia, SC 29210


RLC Funding a Div. of Navitas
Lease Corp. ISAOA
111 Executive Center Drive
Suite 102
Columbia, SC 29210


RLC Funding a Division of
Navitas Lease Corp., ISAOA
814 Highway A1A North, Suite 205
Ponte Vedra Beach, FL 32082


Rocio Juarez
4610 Center Street
Baldwin Park, CA 91706

Rogelio Mondoza
4132 Harlan Ave.
Baldwin Park, CA 91706


Rose Xiong
2050 Lindauer Drive
La Habra, CA 90631-2563


Royal Bank America Leasing, LP
550 Township Line Road Suite 425
Blue Bell, PA 19422


Rudaina Brown
14425 Bountain Ave.
Chino, CA 91710


Rudolph Pierson
808 E Ross Ave.
Alhambra, CA 91801


Rudy Tinajero
206 S Louise Ave.
Azusa, CA 91702


Salvador Gaeta
12429 Rush Street
South El Monte, CA 91733


Scott A Lane
812 Brent Ave.
South Pasadena, CA 91030-2708

Shaojia Ma
605 E Colorado Blvd
Monrovia, CA 91016


Sharon Montenegro
1840 S 6th Ave Apt #C
Monrovia, CA 91016


Star International Culture
1031 E Las Tunas D #B
Pomona, CA 91766


Stephen A Ballesteros
528 Almond Ave. Unit B
Monrovia, CA 91016


Steve Nguyen
11911 Rio Hondo Parkway
El Monte, CA 91732


Steven Scott
4958 Sereno Dr.
Temple City, CA 91780


Sukhman Kauer
918 Huntinton Drive Unit E
Duarte, CA 91010


Sun Katie
1949 Edenview Ln.
West Covina, CA 91792

Tanner Lovitt
654 Oakhill Drive
Glendora, CA 91741


TCCG, LLC dba The Cambridge Capital
5877 Pine Ave, Suite 240
Chino Hills, CA 91709-6543


TFC
2010 Crow Canyon Place Suite 300
San Ramon, CA 94583


U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202


Univest Capital Inc.
3220 Tillman Dr Suite 503
Bensalem, PA 19020


Univest Capital, Inc.
3331 Street Rd Suite 325
Bensalem, PA 19020


Valerie Ann B Garza
925 N Summit Ave.
Apt 1
Pasadena, CA 91103


Victor Trejo
8131 Cornwell Ave.
Rancho Cucamonga, CA 91739

Virgil Bryant
862 San Pablo Way
Duarte, CA 91010


Western Equipment Finance
503 Hwy 2 West
Devils Lake, ND 58301


Western Equipment Finance, Inc.
PO Box 640
Devils Lake, ND 58301


Yan Xu
2913 Maxson Rd.
El Monte, CA 91732


Yatzeni Sanchez
5031 Wheeler Ave.
La Verne, CA 91750


Yee Siang Wong
21145 Lycoming Street
Walnut, CA 91789


Yi Xiao
1923 Huntington Drive
Unit B
Duarte, CA 91010


Ying (Lucy) Li
9 Cobalt Dr.
Dana Point, CA 92629

Yuhao Li
Aztec Hotel
311 W Foothill Blvd.
Monrovia, CA 91016


Yun Sun
5340 Peck Road
El Monte, CA 91732


Yuxin Wang
605 E Colorado Ave
Unit C
Monrovia, CA 91016


Zachary Guzman
1715 S Sixth St.
Alhambra, CA 91803


Zezhi Yuan
605 E Colorado Blvd.
Unit C
Monrovia, CA 91016


Zhiyuan Shi
911 Santa Fe Ave
San Gabriel, CA 91776


Zhongzheng Li
6147 N Muscatel
San Gabriel, CA 91775


Zimmerman Advertising LLC
15471 SW 12th Street Suite 203
Sunrise, FL 33326

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Richard H. Golubow**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **State Bar #160434 CA**<br>rgolubow@wghlawyers.com<br><br><br><br><br><br><br><br><br><br>■ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>      **Mt. Sierra College, Inc.**<br><br>                                    Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **7** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   ___**Richard H. Golubow**_____ , the undersigned in the above-captioned case, hereby declare
                *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　　I have personal knowledge of the matters set forth in this Statement because:
　　　　☐ I am the president or other officer or an authorized agent of the Debtor corporation
　　　　☐ I am a party to an adversary proceeding
　　　　☐ I am a party to a contested matter
　　　　■ I am the attorney for the Debtor corporation

2.a.　　☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
　　　　　*[For additional names, attach an addendum to this form.]*

　b.　　■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_April 30, 2021_
_____
Date

By: _/s/ Richard H. Golubow_
_____
Signature of Debtor, or attorney for Debtor

Name:　**Richard H. Golubow**
_____
Printed name of Debtor, or attorney for Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                            **F 1007-4.CORP.OWNERSHIP.STMT**

## ATTACHMENT

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**Part 6 - Question 13** - Transfers not already listed on this statement. List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

On July 26, 2019, Monrovia Technology Campus, LLC ("Landlord") initiated a Complaint in LA Superior Court for (1) Breach of Lease Agreement; and (2) Breach of Guaranty (Case no. 19STCV26479). The Landlord initiated the action for breach of the lease agreement for the property located at 800 Royal Oaks Drive, Suite 101, Monrovia, California 91016 ("Monrovia Property"). The Monrovia Property was where the debtor, a now defunct for profit private college that ceased operations on July 29, 2019, last operated from.

Over the course of years of operation, the debtor accumulated fixtures, furniture and equipment, owned or leased by the debtor. On August 14, 2019, the landlord also served a Notice of Belief of Abandonment of Real Property and Right to Reclaim Abandoned Personal Property ("Abandonment Notice"). At the time of the Abandonment Notice the personal property at the Monrovia Property was either old, depreciated and worthless, or was leased and not owned by the debtor.

Commencing on or about August 20, 2019, and for several weeks thereafter, the debtor's various equipment lessors made arrangements with the debtor and Landlord to retrieve all leased equipment. In general, whatever equipment was not leased was considered worthless, and abandoned at the Monrovia Property. In/about August and September 2019 the personal property lessors identified below removed their leased personal property including the personal property identified below:

1. **Navitas**

   - Ricoh: MP C6502SP multi-function color copier/printer/facsimile/scanner

   - Pro C5100s color production printer/copier/scanner

   - Monument Signage – To have been abandoned because of no resale value

2. **Univest**

   - Furniture: (101) training tables & desks,

3. **Creekridge Capital**

   - Modular furniture

4. **Bryn Mawr**

   - (23) Dell UltraSharp 32 Ultra HD 4K Monitors with PremierColor Model UP3214Q and (21) Dell Alienware Desktops with Alienware TactX Mouse and Keyboard

   - Telephone system

5. **Ascentium**

   - Dell: (3) N2048 and (3) N3048 Networking Switches; and Dell SonicWALL Network Security Appliance (NSA) 250M

   - (10) Microsoft SP3 256G i7 LT REPL BUN

- (1) Ricoh MP C6502SP Multifunction Color Copier/Printer/Facsimile/Scanner and (9) Ricoh SP 4510DN Desktop B&W Printers

- Pursuant to email confirmation from Ronika Robinson on 9/12/19: "Per our conversation and as discussed with our asset manager Paul who is included in this email, it will cost us more to pick up the equipment than what it will be worth if we were to remarket, therefore we will not be retrieving." RonikaRobinson@AscentiumCapital.com; PaulCrnkovic@AscentiumCapital.com

- The new point of contact is Trina LeMond as of July 2020.
  Bankruptcy Case Specialist
  Ascentium Capital LLC
  W: 281.348.2072 F: 866.846.3679

6. Beneficial Equipment formerly **Conestoga**

- Nutanix Hardware Platform Server with (6) Intel Xeon Processors 2.4 GHZ Model 2620V3; (24) 16GB DDR4 RAM; (3) 480GB Solid State Drives; (3) 10GBe Dual SFP+ Network Cards; and (6) 2TB Hard Drives

- Post Alarm System and (3) 60" Round Banquet Tables

- 109236001 Server: (1) Nutanix Hardware Platform - NX-1365-G4; (1) Enterprise Remote Professional-EVT; (3) 60" Round Banquet Tables 109236002; (1) Rasilent BS302SV8N HD NVR Work Station 8GB Ram 8TB; (1) ASUS VE22H 21.5" HD 1080P Flat Screen Video Monitor; (1) Obiquity ES-24-250W 24 Port POE Gigait Network Switch; (1) LTS LTAC3010B HDMI Cable w/Ethernet Gold Plated 10'; (2) Tripplite Smart 1500LCD 1500VA UPS with AVR Tower or Rack 2RU; (1) Avigilon 16C-ACC5-Cor 16 Channel Core Software License; (1) Avigilon 4C-ACC5-Cor 4 Channel Core Software License: (15) LTS CMIP3022W-28 2MP 1080P HD IR Turret WDR 2.8 Fixed Lens Cameras; (4) LTS CMIP3022W 2MP 1080P HD IP IR Turret WDR 4mm Fixed Lens Cameras; (1) Sony SNC-HM662 5MP Camera 360 Immervision Cameras; (1) Speco 02MT61B 1080P Mini IR Turret Camera 3.7mm Lens Black; (1) Avigilon 1C-ACC5-COR Single Channel Core License Key; (1)  LTS CMIP3024W-28 4MP IP IR Turret Camera; (1) Avigilon 1C-ACC5-COR Single Channel License

7. U.S. Bank / **Western Equipment Financing**

- Technology Equipment, including (1) Dell Sonicwall TZ600, (10) Dell Sonicpoint AC; (1) Dell Switch Bundle; (3) AP NetShelter; and (3) APC NetShelter.

A letter of credit in the amount of $178,602 was posted with New Omni Bank, N.A. ("Bank") in favor of the US Department of Education ("DOE"), as a condition to operating the school.  In/or about November 2019, the DOE made a demand for payment on account of the letter of credit from the Bank.  The Bank complied with the request and wired $178,602 to the DOE.  In or about February 2020, the Bank closed all of the debtor's bank accounts.

On April 21, 2021 a payment was made on behalf of the debtor to the DOE in the amount of $824.00 on account of a close-out compliance audit.